HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT HAUSMAN, Personal Representative of the Estate of DERIK HOWARD, <br><br>         Plaintiff, <br><br> v. <br><br> DELTA AIR LINES, INC., a Foreign Corporation; and JOHN DOES ONE THROUGH TEN, <br><br>         Defendants. | Case No.:  2:23-cv-00230-MJP <br><br> ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

This matter came before the Court on the Parties' Stipulated Motion for An Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court has reviewed and considered the files and pleadings in this case and:

ACCORDINGLY, the Court hereby ORDERS that the Stipulated Motion for An Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED. Defendant's deadline to respond to Plaintiff's complaint is extended to March 22, 2023.

DATED this 14th day of March, 2023.

_Marsha J. Pechman_
Honorable Marsha J. Pechman
United States Senior District Judge