UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HAUSMAN, personal representative of DERIK HOWARD, | CASE NO. C23-230 MJP |
| Plaintiff, | ORDER VACATING TRIAL DATE AND DEADLINES PENDING SETTLEMENT |
| v. | |
| DELTA AIRLINES INC., JOHN DOES 1-10, | |
| Defendants. | |

Having been notified of the settlement of the claims in this case (Dkt. No. 24), the Court VACATES the trial and all pretrial deadlines. The Court will consider dismissal of the claims with prejudice upon the filing of the Parties' motion for approval of the confidential minor settlement, as identified by the Parties. (Dkt. No. 24.) The Court ORDERS the Parties to file the motion for approval of the confidential minor settlement within 60 days of entry of this Order.

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated February 29, 2024.

Marsha J. Pechman
United States Senior District Judge