HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JEREMY P. YATES, Personal Representative of the Estate of DERIK HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELTA AIR LINES, INC., a Foreign Corporation; and JOHN DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00230-MJP<br><br>ORDER GRANTING STIPULATED PETITION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM |

　　This matter came before the Court on the Parties' Stipulated Petition for Appointment of Settlement Guardian Ad Litem. (Dkt. No. 26.) The Court having reviewed and considered the files and pleadings in this case and, and being otherwise fully advised, finds that the appointment of a Settlement *Guardian Ad Litem* is necessary and appropriate in this case, and therefore

　　ACCORDINGLY, the Court hereby GRANTS the Petition and APPOINTS A. Paul Firuz as Settlement *Guardian Ad Litem* in this matter.

ORDER GRANTING STIPULATED PETITION FOR APPOINTMENT OF SETTLEMENT *GUARDIAN AD LITEM* - 1

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Avenue East, Suite 250
Seattle, WA 98102
206-682-1505

The Court ORDERS Mr. Firuz to file his Report in this matter within sixty (60) days of this Order.

Additionally, the Court directs the Clerk to update the caption in this case to reflect the fact that Jeremy P. Yates is now the personal representative of the estate of Derik Howard. (See Dkt. Nos. 16, 26.)

DATED this 26th day of April, 2024.

_____
Honorable Marsha J. Pechman
United States Senior District Judge

Presented by:

| KRUTCH LINDELL BINGHAM JONES, P.S. | STOKES LAWRENCE, P.S. |
|---|---|
| By: *s/James T. Anderson*<br>James T. Anderson, WSBA #40494<br>J. Nathan Bingham, WSBA #46325<br>3316 Fuhrman Ave E - Suite 250<br>Seattle, WA 98102<br>Telephone: (206) 682-1505<br>Facsimile: (206) 467-1823<br>E-Mail: jta@krutcjlindell.com<br>E-Mail: jnb@krutchlindell.com<br><br>Attorneys for Plaintiff | By: *s/ Samantha K. Pitsch*<br>Caryn Geraghty Jorgensen, WSBA #27514<br>Brett T. MacIntyre, WSBA #46572<br>Samantha K. Pitsch, WSBA #54190<br>1420 Fifth Avenue - Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 626-6000<br>Facsimile: (206) 464-1496<br>E-Mail: Caryn.Jorgensen@stokeslaw.com<br>E-Mail: Brett.MacIntyre@stokeslaw.com<br>E-Mail: Samantha.Pitsch@stokeslaw.com<br><br>Attorneys for Defendant Delta Air Lines, Inc. |