HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT HAUSMAN, Personal Representative of the Estate of DERIK HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Foreign Corporation; and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | Case No.: 2:23-cv-00230-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR FILING OF SETTLEMENT *GUARDIAN AD LITEM* REPORT |

This matter came before the Court on the Parties' Stipulated Motion to Extend Deadline for Filing of Settlement *Guardian Ad Litem* Report. The Court having reviewed and considered the files and pleadings in this case and, and being otherwise fully advised, finds that reasonable grounds exist to extend the time for the Settlement *Guardian Ad Litem* to complete his evaluation and file his report, and therefore,

ACCORDINGLY, the Court hereby GRANTS the Motion and ORDERS that Mr. Firuz shall file his Report in this matter within thirty (30) days of this order.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR FILING OF SETTLEMENT *GUARDIAN AD LITEM* REPORT - 1

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Avenue East, Suite 250
Seattle, WA 98102
206-682-1505

DATED this 24th day of June, 2024.

*[signature]*

Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

| KRUTCH LINDELL BINGHAM JONES, P.S. | STOKES LAWRENCE, P.S. |
|---|---|
| By: *s/ James T. Anderson* <br> James T. Anderson, WSBA #40494 <br> J. Nathan Bingham, WSBA #46325 <br> 3316 Fuhrman Ave E - Suite 250 <br> Seattle, WA 98102 <br> Telephone: (206) 682-1505 <br> Facsimile: (206) 467-1823 <br> E-Mail: jta@krutcjlindell.com <br> E-Mail: jnb@krutchlindell.com <br><br> Attorneys for Plaintiff | By: *s/ Samantha K. Pitsch* <br> Caryn Geraghty Jorgensen, WSBA #27514 <br> Brett T. MacIntyre, WSBA #46572 <br> Samantha K. Pitsch, WSBA #54190 <br> 1420 Fifth Avenue - Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 626-6000 <br> Facsimile: (206) 464-1496 <br> E-Mail: caryn.jorgensen@stokeslaw.com <br> E-Mail: brett.macIntyre@stokeslaw.com <br> E-Mail: samantha.pitsch@stokeslaw.com <br><br> Attorneys for Defendant Delta Air Lines, Inc. |