UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY P. YATES, personal representative of DERIK HOWARD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DELTA AIRLINES INC., JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | CASE NO. C23-230 MJP<br><br>ORDER GRANTING MOTION TO SEAL AND SETTING SETTLEMENT APPROVAL HEARING |

　　　This matter comes before the Court on Plaintiff's Unopposed Motion to Seal. (Dkt. No. 31.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion and ORDERS the Clerk to MAINTAIN the Report of Settlement Guardian Ad Litem (SGAL Report) (Dkt. No. 33) UNDER SEAL. The Court finds good cause to seal the SGAL Report because it contains sensitive information about a non-party minor that should not be revealed publicly.

In addition, the Court ORDERS the Parties to appear for a hearing to discuss approval of the minor settlement in this matter on July 31, 2024 at 10:00 AM. The Court will not require the minor beneficiary to be present, but the Court requires the SGAL to be present. Should this date and time present an immovable conflict for the Parties and SGAL, they are kindly asked to promptly inform the Court's Courtroom Deputy, Grant Cogswell (grant_cogswell@wawd.uscourts.gov), so that the Court can find an alternate time.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 25, 2024.

Marsha J. Pechman
United States Senior District Judge