UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY P. YATES, personal representative of DERIK HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES INC., JOHN DOES 1-10,<br><br>Defendants. | CASE NO. C23-230 MJP<br><br>ORDER APPROVING MINOR SETTLEMENT |

This matter comes before the Court on Plaintiff's Request for Approval of Minor

Settlement, as set out in the Confidential Report of Settlement Guardian Ad Litem. (Dkt. No. 33

(Sealed).) Having held a hearing on the matter with the Parties and Settlement Guardian Ad

Litem consistent with Local Civil Rule 17(c), the Court finds that the settlement is in the best

interest of the minor and that it should be approved in the form set out by the SGAL with only

one minor modification as to payment of the funds from Defendants. Specifically, the Court

agrees that both the settlement amount and the fees and expenses Plaintiff's counsel requests are

1  fair, reasonable, and appropriate. The Court hereby APPROVES the settlement and ORDERS

2  Defendants to pay entire settlement amount to Plaintiff Jeremy Yates, as Trustee of the Trust

3  established for the benefit of S.H. under the Last Will and Testament of Derik Howard dated

4  April 9, 2020 (the "Trust"). Mr. Yates, as Trustee of the Trust, is further ORDERED to pay

5  Plaintiff's counsel their requested costs and fees from the gross settlement amount in the sums

6  specified in the SGAL Report. This is the only deviation the Court orders from the SGAL's

7  report. The SGAL himself has not requested fees or costs through this matter, and none shall be

8  awarded in this proceeding.

9       The clerk is ordered to provide copies of this order to all counsel.

10      Dated August 15, 2024.

11

12                                          Marsha J. Pechman
                                            United States Senior District Judge

13

14

15

16

17

18

19

20

21

22

23

24