HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JEREMY P. YATES, personal representative of DERIK HOWARD,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DELTA AIR LINES, INC., a Foreign Corporation; and JOHN DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00230-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br>NOTED FOR CONSIDERATION:<br>October 4, 2024<br><br>**(PROPOSED)** |

Based upon the stipulation of dismissal filed by the parties, the Court hereby ORDERS that all claims asserted by Plaintiff are dismissed with prejudice and without award of costs or fees to any party.

DATED this 7th of October, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Presented by:

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES | STOKES LAWRENCE, P.S. |
| */s/ James T. Anderson* | */s/ Samantha K. Pitsch* |
| James T. Anderson (WSBA #40494) | Caryn Geraghty Jorgensen (WSBA #27514) |
| J. Nathan Bingham (WSBA #46325) | Brett T. MacIntyre (WSBA #46572) |
| 3316 Fuhrman Ave E., Suite 250 | Samantha K. Pitsch (WSBA #54190) |
| Seattle, WA 98102 | 1420 Fifth Avenue, Suite 3000 |
| Telephone: (206) 682-1501 | Seattle, WA 98101-2393 |
| E-mail: jta@krutchlindell.com | Telephone: (206) 626-6000 |
| E-mail: jnb@krutchlindell.com | E-mail: Caryn.Jorgensen@stokeslaw.com |
| *Attorneys for Plaintiff Jeremy P. Yates, personal representative of Derik Howard* | E-mail: Brett.MacIntyre@stokeslaw.com |
| | E-mail: Samantha.Pitsch@stokeslaw.com |
| | *Attorneys for Defendant Delta Air Lines, Inc.* |

ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL - 2